**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 02-168-1 PCT-RCB |
| Plaintiff, | ORDER |
| vs. | REVOKING SUPERVISED RELEASE |
| John Anthony Griego | |
| Defendant. | |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violation of standard condition #1, paragraph A of the petition,

IT IS ORDERED revoking the defendant's supervised release and the defendant, John Anthony Griego, shall be committed to the custody of the Bureau of Prisons for a term of **TEN (10) MONTHS**.

IT IS FURTHER ORDERED no further supervised release to follow the prison sentence.

. . .

1     The defendant is remanded into the custody of the United States Marshal's Service.

2     The defendant is advised of his right to appeal within 14 days.

3         DATED this 26th day of January, 2012.

_____
Robert C. Broomfield
Senior United States District Judge